# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID McNISH,** )<br>                **Plaintiff,** )<br>)<br>vs. )<br>)<br>**DOCTOR KAYRIA, CECIL POLLY, SUZANN** )<br>**GRIFFIN, DIRECTOR I.D.O.C, WEXFORD** )<br>**MEDICAL SOURCES, J. LASHBROOK and** )<br>**LaRUE LUVE,** )<br>)<br>)<br>                **Defendant(s).** | **CASE NO.   16-430-SCW** |

## JUDGMENT IN A CIVIL CASE

Defendants DR. KAYRIA, CECIL POLLY, SUZANN GRIFFIN and WEXFORD MEDICAL SOURCES were dismissed on May 16, 2016, by an Order entered by Judge J. Phil Gilbert (Doc. 8).

This case was dismissed with prejudice by and Order entered by Magistrate Judge Stephen C. Williams on September 30, 2016 (Doc. 32).

THEREFORE, judgment is entered in favor of Defendants **DOCTOR KAYRIA, CECIL POLLY, SUZANN GRIFFIN, DIRECTOR I.D.O.C. WEXFORD MEDICAL SOURCES, J. LASHBROOK and LaRUE LUVE** and against Plaintiff **DAVID McNISH.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days

from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 30th day of September, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**